

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00175-CV

KIMBERLY [KIMBLEY] HAROLD, Appellant

V.

MATTHEW M. CARRICK, CAROLYN M. BERG, DOAN NGUYEN, AND DAVID
CHAFEY, Appellees

Appeal from the 113th District Court of Harris County.   (Tr. Ct. No. 2009-65980).

**TO THE 113TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 10th day of September 2013, the case upon appeal to revise
or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by
> the trial court on January 20, 2012.   After submitting the case
> on the appellate record and the arguments properly raised by
> the parties, the Court holds that the trial court's judgment
> contains no reversible error.   Accordingly, the Court **affirms**
> the trial court's judgment.
>
> The Court **orders** that the appellant, Kimberly
> [Kimbley] Harold, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 10, 2013.

Panel consists of Chief Justice Radack and Justices Higley and Brown. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 31, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

